## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nelson Gonzalez
                              Plaintiff,

v.                                                                Case No.: 1:23−cv−14281
                                                                    Honorable LaShonda A. Hunt

Reynaldo Guevara, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of the parties' joint initial status report [59], the Court enters the following deadlines: (1) Rule 26(a)(1) initial disclosures to be provided by 4/5/24; (2) Written discovery to be issued by 5/5/24; (3) Amendment of pleadings or joinder of other parties by 4/25/24; and (4) Fact discovery to be completed by 3/31/25. An expert discovery schedule will be set at a later date. This case is referred to the Magistrate Judge for discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. The Court will consider a dispositive motion schedule after all discovery is completed. The telephonic status hearing set for 3/19/24 is stricken. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.