# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nelson Gonzalez

                        Plaintiff,

v.                                                  Case No.: 1:23–cv–14281
                                                    Honorable LaShonda A. Hunt

Reynaldo Guevara, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

        MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Counsel for Plaintiff and Counsel for Defendants appeared. For the reasons stated on the record, Defendants' Joint Motion to Bifurcate Plaintiff's Monell Claim and to Stay Monell Discovery [77] is denied without prejudice. As discussed, the parties are encouraged to work cooperatively to streamline discovery and narrow issues to efficiently manage all discovery. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.